**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
*Attorneys for Defendant*
*Leach Johnson Song & Gruchow*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC F. LEPREVOST, in behalf of himself and those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>LEACH JOHNSON SONG & GRUCHOW, LTD., A Nevada limited liability company,<br><br>Defendant. | Case No.: 2:18-cv-00082-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LEACH JOHNSON SONG & GRUCHOW, LTD TO FILE RESPONSIVE PLEADING [ECF #1]** |

Plaintiff MARC F. LEPREVOST, in behalf of himself and those similarly situated ("Plaintiff") and Defendant LEACH JOHNSON SONG & GRUCHOW, LTD. ("LJSG"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint on January 16, 2018 (ECF #1). Said Complaint was served on LJSG on January 17, 2018.

2. Pursuant to Local Rule, an Answer to the Complaint is due on or before February 7, 2018.

Plaintiff and LJSG by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Response to Complaint. LJSG shall have up to and including February 21, 2018, to file its Response.

…

…

…

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 6th day of February, 2018.

| GESUND & PAILET, LLC | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Karen E. Gesund<br>Keren E. Gesund<br>Nevada Bar No. 10881<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>*Counsel for Plaintiff* | /s/ Sean L. Anderson<br>Sean L. Anderson<br>Nevada Bar No. 7259<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Leach Johnson Song & Gruchow* |

**ORDER**

IT IS SO ORDERED.

Dated this 7th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE