**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
*Attorneys for Defendant*
*Leach Johnson Song & Gruchow*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC F. LEPREVOST, in behalf of himself and those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>LEACH JOHNSON SONG & GRUCHOW, LTD., A Nevada limited liability company,<br><br>Defendant. | Case No.: 2:18-cv-00082-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LEACH JOHNSON SONG & GRUCHOW, LTD TO FILE RESPONSIVE PLEADING [ECF #9]** |

    Plaintiff MARC F. LEPREVOST, in behalf of himself and those similarly situated ("Plaintiff") and Defendant LEACH JOHNSON SONG & GRUCHOW, LTD. ("LJSG"), by and through their undersigned counsel, hereby stipulate and agree as follows:

    1.  Plaintiff filed an Amended Complaint on March 5, 2018 (ECF 9).

    2.  Pursuant to Local Rule, an Answer to the Amended Complaint is due on or before March 26, 2018.

    Plaintiff and LJSG by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Response to Amended Complaint. LJSG shall have up to and including April 30, 2018, to file its Response.

…

…

…

…

This is the parties' second request and is not intended for the purposes of prejudice or delay.

DATED this 23nd day of March, 2018.

| GESUND & PAILET, LLC | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Karen E. Gesund | /s/ Sean L. Anderson |
| Keren E. Gesund | Sean L. Anderson |
| Nevada Bar No. 10881 | Nevada Bar No. 7259 |
| 5550 Painted Mirage Road, Suite 320 | 8945 West Russell Road, Suite 300 |
| Las Vegas, Nevada 89149 | Las Vegas, Nevada 89148 |
| *Counsel for Plaintiff* | *Attorneys for Defendant Leach Johnson Song & Gruchow* |

## ORDER

IT IS SO ORDERED.

Dated this 23rd day of March, 2018.

UNITED STATES MAGISTRATE JUDGE

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, NV 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113