| | |
|---|---|
| 1 | **LEACH JOHNSON SONG & GRUCHOW** |
| | SEAN L. ANDERSON |
| 2 | Nevada Bar No. 7259 |
| | 8945 W. Russell Road, Suite 330 |
| 3 | Las Vegas, NV 89148 |
| | Telephone: (702) 538-9074 |
| 4 | Facsimile: (702) 538-9113 |
| | sanderson@leachjohnson.com |
| 5 | *Attorneys for Defendant* |
| | *Leach Johnson Song & Gruchow* |
| 6 | *and John E. Leach, Esq.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARC F. LEPREVOST, in behalf of himself and those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>LEACH JOHNSON SONG & GRUCHOW, LTD., A Nevada limited liability company and JOHN E. LEACH, ESQ. an individual,<br><br>Defendant. | Case No.: 2:18-cv-00082-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff MARC F. LEPREVOST, in behalf of himself and those similarly situated ("Plaintiff") and Defendants LEACH JOHNSON SONG & GRUCHOW, LTD. ("LJSG") and JOHN E. LEACH, ESQ., by and through their undersigned counsel, hereby stipulate and agree that Plaintiff's Complaint and all claims against LJSG and JOHN E. LEACH, ESQ. be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated this 27th day of April, 2018.

| **GESUND & PAILET, LLC** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Keren E. Gesund* | */s/ Sean L. Anderson* |
| ———————————————— | ———————————————— |
| Keren E. Gesund | Sean L. Anderson |
| Nevada Bar No. 10881 | Nevada Bar No. 7259 |
| 5550 Painted Mirage Road, Suite 320 | 8945 West Russell Road, Suite 300 |
| Las Vegas, Nevada 89149 | Las Vegas, Nevada 89148 |
| *Counsel for Plaintiff* | *Attorneys for Defendant Leach Johnson Song & Gruchow and John E. Leach, Esq.* |

## ORDER

**IT IS SO ORDERED**, that LJSG and JOHN E. LEACH ESQ., are dismissed with prejudice.

Dated: May 9, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, NV 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113